No. 2027.—F. A. Cousin & Brother v. S. Johnson.

When more than three judicial days have elapsed after the time fixed by the District Judge for filing the transcript and no cause is shown for the delay, the appeal will be dismissed on motion of the appellee.

APPEAL from Fifth District Court, parish of Orleans. *Leaumont*, J. *E. Bermudez*, for plaintiffs and appellees, *G. Schmidt*, for defendant and appellant.

Howell, J. A motion is made to dismiss this appeal on the ground that the transcript was filed in this court for more than three judicial days after the return day fixed by the District Judge. The appeal was obtained on the eighth December, 1868, and made returnable on the second Monday (eleventh day) of January, 1869. The transcript was filed on the twenty-ninth January, 1869, and no application for an extension of the time for bringing up the appeal was made and no cause shown for the delay. Under these circumstances the motion must prevail. 18 A. 651; 10 A. 75; 4 A. 350.

Appeal dismissed.